

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2020

No. 04-20-00361-CV

Rogelio **DE HOYOS**, Dianaly De Hoyos, San Juanita Garcia, RDH Cattle Co., RDH Site
Concrete Company and all other Occupants,
Appellants

v.

Jose Luis **CRUZ**, Individually and as the Independent
Administrator of the Estate of Enedina Cruz,
Appellee

From the County Court, Brooks County, Texas
Trial Court No. 20-01217-CV
The Honorable Eric Ramos, Judge Presiding

# O R D E R

On August 13, 2020, we ordered appellants to show cause in writing why this appeal should not be dismissed for lack of jurisdiction after the trial court granted appellants' motion for new trial. Appellants responded on August 24, 2020, stating that the trial court conducted a new trial on August 7, 2020, and that the trial court rendered a final judgment on August 10, 2020. On August 11, 2020, appellants filed a notice of appeal from the trial court's August 10, 2020 final judgment. Accordingly, it is ORDERED that the appeal is RETAINED on the docket of this court as an appeal from the trial court's August 10, 2020 final judgment.

Appellant's pending motions, which were filed prior to the trial court's August 10, 2020 final judgment, are DENIED WITHOUT PREJUDICE.

It is ORDERED that the trial court clerk's record and the reporter's record are due no later than thirty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court